Jose PLATERO, Sergio Vazquez, and others similarly situated, Plaintiffs–Appellants,

v.

GARCIA BROTHERS SEAFOOD, INC., d.b.a. La Camaronera, Arsenio Garcia, Ramon Garcia, Juan F. Garcia, Defendants–Appellees.

Nos. 03–16471, 04–10719.

D.C. Docket No. 03–20108–CV–FAM.

United States Court of Appeals,
Eleventh Circuit.

April 26, 2005.

Eddy O. Marban, Miami, FL, for Plaintiffs–Appellants.

---

1. Our analysis of the state law age discrimination claim is the same as our analysis of its federal counterpart.

Carmen Maria Rodriguez, Miami, FL, for Defendants–Appellees.

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM.

AFFIRMED. *See* 11th Cir. R. 36–1.[1]

1. 11th Cir. R. 36–1 provides:
   When the court determines that any of the following circumstances exist:
   (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
   (b) the evidence in support of a jury verdict is sufficient;
   (c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
   (d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
   (e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.